Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (If known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Columbia Man., Inc. dba Columbia Onion** |
|----|---------------|--------------------------------------------|

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   **91-1747681**

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **24100 Rd R SW** <br> **Mattawa, WA 99349** <br> Number, Street, City, State & ZIP Code | **PO Box 1579** <br> **Mattawa, WA 99349-0960** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Yakima** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**   **Columbiaonion.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

16-00898-FPC11    Doc 1    Filed 03/21/16    Entered 03/21/16 15:49:49    Pg 1 of 15

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | | Relationship to you | |
|---|---|---|---|---|---|---|
| | Debtor | _____ | | | Relationship to you | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |

16-00898-FPC11    Doc 1    Filed 03/21/16    Entered 03/21/16 15:49:49    Pg 2 of 15

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

           Contact name _____

           Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49                ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99               ☐ 5001-10,000          ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000        ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☑ $0 - $50,000                ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☑ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000                ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☑ $50,001 - $100,000          ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☑ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

16-00898-FPC11    Doc 1    Filed 03/21/16    Entered 03/21/16 15:49:49    Pg 3 of 15

███ **Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 21, 2016**
                 MM / DD / YYYY

X /s/ _____          _Del Christensen_
Signature of authorized representative of debtor          Printed name

Title   _President_

**18. Signature of attorney**

X **/s/ Roger Bailey**                              Date **March 21, 2016**
Signature of attorney for debtor                          MM / DD / YYYY

**Roger Bailey**
Printed name

_Bailely and Busey PLLC_
Firm name

**411 North 2nd Street**
**Yakima, WA 98901**
Number, Street, City, State & ZIP Code

Contact phone _____   Email address   **roger.bailey.attorney@gmail.com**

**26121**
Bar number and State

Fill in this information to identify the case:

Debtor name    **Columbia Man., Inc. dba Columbia Onion**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON, YAKIMA DIVISION

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 21, 2016**          X /s/ _____
                                          Signature of individual signing on behalf of debtor

                                          _____
                                          Printed name

                                          _____
                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name | Columbia Man., Inc. dba Columbia Onion

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WASHINGTON, YAKIMA DIVISION**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U12B253<br>24100 Road R SW<br>Mattawa, WA 99349 | | | | | | $40,518.22 |
| Yancey Pallet<br>1885 W Herman Rd<br>Othello, WA<br>99344-9016 | | | | | | $12,935.06 |
| HR Spinner Corp<br>PO Box 1361<br>Yakima, WA<br>98907-1361 | | | | | | $9,804.84 |
| Public Utility<br>District<br>PO Box 878<br>Ephrata, WA<br>98823-0878 | | | | | | $5,711.03 |
| Department of<br>Agriculture<br>PO Box 42591<br>Olympia, WA<br>98504-2591 | | | | | | $1,857.96 |
| Wesmar Company,<br>Inc.<br>5720 204th St SW<br>Lynnwood, WA<br>98036-7554 | | | | | | $1,550.30 |
| Basin Propane, LLC<br>955 E Broadway Ave<br>Moses Lake, WA<br>98837-9800 | | | | | | $1,352.73 |
| Port of Mattawa<br>PO Box 2328<br>Mattawa, WA<br>99349-0906 | | | | | | $1,179.32 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

16-00898-FPC11     Doc 1     Filed 03/21/16     Entered 03/21/16 15:49:49     Pg 6 of 15

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Industrial Ventilation Inc. 723 E Karcher Rd Nampa, ID 83687-3044 | | | | | | $596.16 |
| Rick Perez 2512 Road 76 Pasco, WA 99301-1820 | | | | | | $582.44 |
| Idaho Package Company 6261 S Doug Andrus Dr Idaho Falls, ID 83402-5791 | | | | | | $562.28 |
| Cascade Anlytical, Inc. 3019 Gs Center Rd Wenatchee, WA 98801-9041 | | | | | | $488.22 |
| Think Tank Sanitation, Inc. 15639 Road 23 SW Mattawa, WA 99349-8304 | | | | | | $430.31 |
| Columbia Bearing BDI 721 E Broadway Ave Moses Lake, WA 98837-1727 | | | | | | $371.90 |
| AmSan PO Box 742440 Los Angeles, CA 90074-2440 | | | | | | $361.96 |
| Waste Management of Ellensburg 32650 St 20 E # 105 Oak Harbor, WA 98277 | | | | | | $340.98 |
| Quill Corp. PO Box 37600 Philadelphia, PA 19101-0600 | | | | | | $326.75 |
| 3M PO Box 844127 Dallas, TX 75284-4127 | | | | | | $309.83 |
| Cintas Corporation PO Box 650838 Dallas, TX 75265-0838 | | | | | | $210.95 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pure Health Solutions, Inc. PO Box 644006 Cincinnati, OH 45264-4006 | | | | | | $125.16 |

16-00898-FPC11    Doc 1    Filed 03/21/16    Entered 03/21/16 15:49:49    Pg 8 of 15

# United States Bankruptcy Court
## Eastern District of Washington, Yakima Division

IN RE:                                    Case No. _____

**Columbia Man., Inc. dba Columbia Onion** _____ Chapter **11** _____
<br>                     Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **March 21, 2016** _____ Signature: */s/* _____
<br>                         Del Christensen, President               Debtor

Date: _____ Signature: _____
<br>                                              Joint Debtor, if any

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

```
Columbia Man., Inc. dba Columbia Onion
PO Box 1579
Mattawa, WA   99349-0960


Hurley & Lara
411 North 2nd Street
Yakima, WA   98901


3M
PO Box 844127
Dallas, TX   75284-4127


AmSan
PO Box 742440
Los Angeles, CA   90074-2440


Basin Propane, LLC
955 E Broadway Ave
Moses Lake, WA   98837-9800


Canon Solutions America
15004 Collection Center Dr
Chicago, IL   60693-0150


Cascade Anlytical, Inc.
3019 Gs Center Rd
Wenatchee, WA   98801-9041
```

Central Pre-Mix Concrete Co.
PO Box 742421
Los Angeles, CA  90074-2421


Cintas Corporation
PO Box 650838
Dallas, TX  75265-0838


Columbia Bearing BDI
721 E Broadway Ave
Moses Lake, WA  98837-1727


Crystal Springs
PO Box 660579
Dallas, TX  75266-0579


Data Pro Solutins, Inc.
6336 E Utah Ave
Spokane, WA  99212-1429


Department of Agriculture
PO Box 42591
Olympia, WA  98504-2591


HR Spinner Corp
PO Box 1361
Yakima, WA  98907-1361

Idaho Package Company
6261 S Doug Andrus Dr
Idaho Falls, ID  83402-5791


Industrial Ventilation Inc.
723 E Karcher Rd
Nampa, ID  83687-3044


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


John Deere Financial
PO Box 6600
Johnston, IA  50131-6600


Juan C. Mendoza
PO Box 1188
Mattawa, WA  99349-0915


Mattawa Auto Parts
76 E Government Way
Mattawa, WA  99349


Platt
PO Box 418759
Boston, MA  02241-8759

```
Port of Mattawa
PO Box 2328
Mattawa, WA  99349-0906


Public Utility District
PO Box 878
Ephrata, WA  98823-0878


Pure Health Solutions, Inc.
PO Box 644006
Cincinnati, OH  45264-4006


Quill Corp.
PO Box 37600
Philadelphia, PA  19101-0600


Rabo Agrifinance, Inc.
c/o Ray Quinney & Nebeker PC
36 S State St Ste 1400
Salt Lake City, UT  84111-1451


Rick Perez
2512 Road 76
Pasco, WA  99301-1820


Sprague Pest Solutions
PO Box 2222
Tacoma, WA  98401-2222
```

Stoneway Electric
1924 4th Ave S
Seattle, WA  98134-1504


Think Tank Sanitation, Inc.
15639 Road 23 SW
Mattawa, WA  99349-8304


U12B253
24100 Road R SW
Mattawa, WA  99349


WA State Dept of Labor & Industries
PO Box 44171
Olympia, WA  98504-4171


WA State Dept of Revenue
PO Box 47476
Olympia, WA  98504-7476


WA State Employment Security
PO Box 9046
Olympia, WA  98507-9046


Waste Management of Ellensburg
32650 St 20 E # 105
Oak Harbor, WA  98277

Wesmar Company, Inc.
5720 204th St SW
Lynnwood, WA  98036-7554


Wilson Irrigation
1104 E Mead Ave
Yakima, WA  98903-3703


Yancey Pallet
1885 W Herman Rd
Othello, WA  99344-9016