Roger W. Bailey
Joshua J. Busey
BAILEY & BUSEY PLLC
411 N. 2nd Street
Yakima, Washington 98901

Phone:      509.248.4282
Facsimile:  509.575.5661
E-Mail:     roger.bailey.attorney@gmail.com
            joshua.busey.attorney@gmail.com

*Attorneys for the Debtors-in-Possession*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>WAHLUKE PRODUCE, INC.,<br><br>Debtor. | Case No. 16-00899<br>Case No. 16-00900<br>Case No. 16-00898<br><br>NOTICE OF INTENT TO COMPENSATE INSIDERS |
| IN RE:<br><br>TATOES, LLC,<br><br>Debtor. | |
| IN RE:<br><br>COLUMBIA MANUFACTURING, | |

NOTICE OF INTENT
TO COMPENSATE
INSIDERS

BAILEY BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

| INC., dba COLUMBIA ONION | |
|---|---|
| Debtor. | |

TO: The United States Trustee

AND TO: The Master Mailing List

PLEASE TAKE NOTICE that Wahluke Produce, Inc. ("**Wahluke**"), Tatoes, LLC ("**Tatoes**"), and Columbia Manufacturing, Inc. d/b/a Columbia Onion ("**Columbia**"), jointly as the Debtors-in-Possession, intend to compensate insiders during the pendency of this case, pursuant to the schedule attached hereto as <u>Exhibit 1</u> **("Compensation Schedule")**. In accordance with LBR 3016-1(d)(2), the Compensation Schedule summarizes the amount of compensation to be paid, to whom said compensation shall be paid, the amount of compensation paid over the past twelve (12) months, and the function of each individual receiving compensation.

The Compensation Schedule lists the annual salary for each of the insiders. In accordance with historical practices, it is the intent of the Debtors-in-Possession to pay the annual salary to each of the insiders on a pro rata bi-weekly basis (1/26 of the annual salary every two-weeks). Each of the



NOTICE OF INTENT
TO COMPENSATE
INSIDERS

411 North 2nd St.
Yakima, Washington, 98901
(509) 248-2282

insiders historically has performed work for each of the Debtors-in-Possession as part of their job functions and responsibilities. The intent and anticipation is that this will continue post-petition.

Pursuant to LBR 3016-1(c)(3):

Compensation may commence after notice is given. Any party in interest objecting to the compensation shall do so in writing, and has the duty to request a hearing on the objection. The compensation shall continue until the Court orders otherwise. The Court shall provide an expedited hearing on the objection. If the Court rules that the amount received prior to the hearing is excessive, it may order disgorgement of funds back to the estate.

NOTICE IS HEREBY GIVEN that objections to the above Notice may be made at any time prior to confirmation, must be in writing, must be filed with the Clerk of the United State Bankruptcy Court, 402 E. Yakima Avenue, Suite 200, Yakima WA, 98901 and must be served on the undersigned counsel.

Pursuant to LBR 2002-1(f)(1) and (2), any objection shall state briefly the grounds therefore. If an objection states no grounds, the Court may strike the objection on the ex parte motion of the moving party. The moving party, however, may make such ex parte motion to strike only after the objection party fails within seven (7) days, to respond to a request by the moving party



NOTICE OF INTENT
TO COMPENSATE

411 North 2nd St.
Yakima, Washington, 98901

for a brief statement of the grounds for the objection. If an objection is filed, and a hearing is set, the opposing party must comply with LBR 9073-1(d), which state, in part, that an opposing party shall serve and file any objection, counter-affidavits, or statements under penalty of perjury or other responding documents no more than three (3) days prior to the hearing on the application or motion.

DATED this 21 day of March, 2016.

ROGER W. BAILEY (WSBA 26121)
JOSHUA J. BUSEY (WSBA 34312)
Bailey & Busey PLLC
Counsel for Elite Nursing, PLLC

I, Del Christensen, member of Tatoes, and president of Columbia and Wahluke, have read the foregoing, including the Schedule of Compensation and hereby certify that the information contained herein is true and correct.

Del Christensen



NOTICE OF INTENT
TO COMPENSATE

411 North 2nd St.
Yakima, Washington, 98901

Brief Job Description for each Family Member...

Del Alan Christensen, Owner
Annual Salary - $30,000 (down from $120,000)
Compensation 2015 – W2 $99,448.20
Company Vehicle – yes
Retirement Contributions – 2015 $3071.54    2016 $0
Health Insurance – yes

Daneen Elaine Christensen, Owner
Office Manager, Payroll Clerk, Human Resources
Annual Salary – $0 (down from $17,550.72)
Compensation 2015 – W2 $17,550.72
Company Vehicle – yes
Retirement Contributions – 2015 $526.56    2016 $0
Health Insurance – yes

Dean Alan Christensen
Numbers, all companies; manager at Saddle Mountain Wireless
Annual Salary - $50,000 (down from $130,000)
Compensation 2015 – W2 $128,536.78
Company Vehicle – no
Retirement Contributions – 2015 $0    2016 $0
Health Insurance – yes

D Alex Christensen
Project managers for all companies
Annual Salary - $60,000 (down from $100,000)
Compensation 2015 – W2 $93,600.83
Company Vehicle – yes
Retirement Contributions – 2015 $2792.31    2016 $0
Health Insurance – yes

Dallon A Christensen
Tatoes, LLC Manager
Annual Salary - $50,000 (down from $80,000)
Compensation 2015 – W2 $58,639.39
Company Vehicle – no
Retirement Contributions – 2015 $0   2016 $0
Health Insurance – yes

Damon Aiken Christensen
Student at University of Idaho, graduating in May with an Ag degree
Will be home to farm in May
Annual Salary – $39,428.10
Compensation 2015 – W2 $39,428.10
Company Vehicle – yes
Retirement/Education Fund Contributions – 2015 $0   2016 $0
Health Insurance – yes

Dexter Alden Christensen
Farm Laborer
Annual Salary – $31,250.04
Compensation 2015 – W2 $31,250.04
Company Vehicle – no
Retirement/Education Fund Contributions – 2015 $894.02   2016 $0
Health Insurance – yes

In December we made drastic cuts to our family payroll and in our upper management's payroll.

Other compensation offered to family are vehicle insurance, fuel, and cellphones.