Roger W. Bailey
Joshua J. Busey
BAILEY & BUSEY PLLC
411 N. 2nd Street
Yakima, Washington 98901

Phone:        509.248.4282
Facsimile:    509.575.5661
E-Mail:       roger.bailey.attorney@gmail.com
              Joshua.busey.attorney@gmail.com

*Attorneys for Debtors*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>WAHLUKE PRODUCE, INC.,<br><br>    Debtor.<br><br>IN RE:<br><br>TATOES, LLC,<br><br>    Debtor.<br><br>IN RE: | Case No. 16-00899<br>Case No. 16-00900<br>Case No. 16-00898<br><br>NOTICE OF HEARING RE: (1) MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL; (2) MOTION FOR AN ORDER ESTABLISHING UTILITIES PROCEDURES & AUTHORIZING THE DEBTORS TO PAY PRE-PETITION UTILITIES; (3) MOTION FOR AUTHORIZATION TO PAY PRE-PETITION WAGES & TO AUTHORIZE CONTINUANCE OF |



| | |
|---|---|
| 1  COLUMBIA MANUFACTURING,<br>2  INC., dba COLUMBIA ONION<br>3<br>4  Debtor.<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12 | PRE-PETITION EMPLOYEE<br>BENEFITS, WITHHOLDINGS &<br>TAXES; (4) MOTION TO<br>AUTHORIZE PERFORMANCE<br>UNDER PRE-PETITION<br>AGREEMENT WITH EAGLE EYE<br>PRODUCE, INC.; AND (5)<br>MOTION FOR AN ORDER<br>PERMITTING THE JOINT<br>ADMINISTRATION OF THESE<br>CASES & THE USE OF A<br>CONSOLIDATED MAILING<br>MATRIX |

TO: All Parties entitled to notice pursuant to the MML.

PLEASE TAKE NOTICE that the Debtors have filed a: (1) motion for order authorizing use of cash collateral; (2) motion for an order establishing utility procedures and authorizing the Debtors to pay pre-petition utilities; (3) motion for authorization to pay pre-petition wages, withholdings and taxes and to continue pre-petition employee benefits; (4) motion to authorize performance under a marketing agreement with Eagle Eye Produce, Inc.; and (5) motion to allow the joint administration of these bankruptcy cases and the use of a consolidated mailing matrix (collectively **"First Day Motions"**).



411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

NOTICE OF EMERGENCY HEARING   -2-

16-00898-FPC11    Doc 6    Filed 03/22/16    Entered 03/22/16 16:42:33    Pg 2 of 4

You are further notified that the First Day Motions are supported by a Declaration of Del Christensen (**"Declaration"**). A copy of the Declaration and the First Day Motions may be obtained upon request from the undersigned, may be reviewed at the office of the Clerk of the United States Bankruptcy Court, or may be viewed at the United States Bankruptcy Court PACER site at http://www.waeb.uscourts.gov on the internet. The Debtors reserve the right to supplement the First Day Motions with further supporting declarations and materials.

The Debtors have requested that the First Day Motions be heard on shortened time. The Court has set a hearing on the First Day Motions which shall be conducted on **March 24, 2016 at 3:00 p.m.** via telephone conference by the Honorable Frederick P. Corbit. Any party who wishes to participate must call (509) 353-3183 at the time of the hearing. **Your failure to attend the hearing may result in the Court granting the relief requested in the First Day Motions.**



DATED this 22 day of March, 2016.

_____
ROGER W. BAILEY (WSBA 26121)
JOSHUA J. BUSEY (WSBA 34312)
Bailey & Busey PLLC
Counsel for the Debtors

\\Diane-pc\e\USB 3.0 PC Card Adapter\WAHLUKE PRODUCE-355\Bankruptcy\Pleadings\Shorten Time - 1st Day Motions\Motion to Shorten Time - Notice of Hearing - (031816).docx



411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

NOTICE OF EMERGENCY HEARING -4-