Bruce K. Medeiros
DAVIDSON BACKMAN MEDEIROS PLLC
1550 Bank of America Financial Center
601 West Riverside Avenue
Spokane, Washington 99201
Telephone: (509) 624-4600
Facsimile: (509) 623-1660
Email: bmedeiros@dbm-law.net

Michael R. Johnson *(Pro Hac Vice Pending)*
Douglas M. Monson *(Pro Hac Vice Pending)*
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com
       dmonson@rqn.com

*Attorneys for Rabo AgriFinance, Inc.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re …<br><br>**COLUMBIA MANUFACTURING, INC., dba COLUMBIA ONION,**<br><br>Debtor. | Case No. **16-00898**<br>Case No. **16-00899**<br>Case No. **16-00900**<br>Chapter **11** |
| In re …<br><br>**WAHLUKE PRODUCE, INC.,**<br><br>Debtor. | **JOINDER IN TRUSTEE'S OBJECTIONS FILED IN CASE NUMBER 16-00898** |
| In re …<br><br>**TATOES, LLC,**<br><br>Debtor. | |

Rabo AgriFinance, Inc. ("RAF"), which is the primary secured lender to the Debtors in the above-entitled Chapter 11 cases, by and through its counsel

Page 1
Joinder in Trustee's Objections
Rabo\Pleadings.sa

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

16-00898-FPC11   Doc 13   Filed 03/24/16   Entered 03/24/16 08:54:21   Pg 1 of 3

Davidson Backman Medeiros PLLC, respectfully files this joinder to the following:

1)  United States Trustee's Objection To Motion To Shorten Time filed herein on March 23, 2016 *[Docket No. 8]*;

2)  Paragraphs 1 and 3 of the United States Trustee's Objection To Motion For Joint Administration filed herein on March 23, 2016 *[Docket No. 9]*; and

3)  United States Trustee's Objection To Motion To Pay Pre-Petition Wages filed herein on March 23, 2016 *[Docket No. 10]*, particularly as to the payment of pre-petition compensation to insiders of the Debtors and additionally as to payment of insiders who may not actually be employed directly by the Debtors.

RAF reserves the right to assert its own supplemental objections should the Court continue the hearings on the Debtor's motions covered by the above referenced objections, or otherwise not fully resolve said motions at the conclusion of the hearings set for 3:00 p.m. on March 24, 2016.

DATED this 24th day of March 2016.

DAVIDSON BACKMAN MEDEIROS PLLC

*/s/ Bruce K. Medeiros*
Bruce K. Medeiros, WSBA No. 16380

- and -

Page 2
Joinder in Trustee's Objections
Rabo\Pleadings.sa

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

16-00898-FPC11    Doc 13    Filed 03/24/16    Entered 03/24/16 08:54:21    Pg 2 of 3

RAY QUINNEY & NEBEKER, P.C.

Michael R. Johnson, Utah Bar No. 7070
Douglas M. Monson, Utah Bar No. 2293
(*Pro Hac Vice Pending*)

*Attorneys for Rabo AgriFinance, Inc.*

Page 3
Joinder in Trustee's Objections
Rabo\Pleadings.sa

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600