Bruce K. Medeiros
DAVIDSON BACKMAN MEDEIROS PLLC
1550 Bank of America Financial Center
601 West Riverside Avenue
Spokane, Washington 99201
(509) 624-4600
bmedeiros@dbm-law.net

Attorney for Rabo AgriFinance, Inc.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re ...

**COLUMBIA MANUFACTURING, INC.,
dba COLUMBIA ONION,**

Debtor.

Case No. **16-00898**
Chapter **11**

**APPLICATION FOR NON-RESIDENT ATTORNEY TO PARTICIPATE IN A PARTICULAR CASE PRO HAC VICE**

Pursuant to Local Bankruptcy Rule 9010-1 of the United States Bankruptcy Court for the Eastern District of Washington, and Local Rule 83.2 of the United States District Court for the Eastern District of Washington, Michael R. Johnson of Ray Quinney & Nebeker P.C., hereby applies for permission to appear and participate as counsel in the above-entitled action on behalf of Rabo AgriFinance, Inc. ("Rabo"). This application is based on the following:

1. The particular need for my appearance and participation is as counsel representing Rabo in this proceeding as its primary counsel.

2. I, Michael R. Johnson, understand that I am charged with knowing and complying with all Local Rules.

Page 1
Application for Non-Resident Attorney to Participate in a
Particular Case Pro Hac Vice
Rabo\Pleadings.sa

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

16-00898-FPC11    Doc 26    Filed 03/31/16    Entered 03/31/16 14:09:36    Pg 1 of 3

3. I have not been disbarred or formally censured by a Court of record or by a state bar association, and there are no pending disciplinary proceedings against me.

4. Personal data:

    (a) Name: Michael R. Johnson
    (b) Firm name: Ray Quinney & Nebeker P.C.
    (c) Address: 36 South State Street, Suite 1400
                     Salt Lake City, Utah 84111
    (d) Tel. No.: (801) 323-3363
    (e) Fax No.: (801) 532-7543
    (f) Email: mjohnson@rqn.com

5. The courts and dates of admission of which I am a member in good standing are as follows:

| Courts | Dates |
| --- | --- |
| Utah Supreme Court | May 31, 1995 |
| Utah District and Bankruptcy Court | August 17, 1996 |
| Arizona Supreme Court | October 22, 1994 |
| Arizona District Court | January 22, 1996 |
| US Court of Appeals, 10th Circuit | February 11, 2004 |
| US Court of Appeals, 11th Circuit | October 5, 2001 |
| 10th Circuit Bankruptcy Appellate Panel | February 11, 2004 |

6. Associated local counsel, Bruce K. Medeiros and the law firm of Davidson Backman Medeiros PLLC, will also be representing Rabo in this bankruptcy case. Bruce K. Medeiros is a member of the Washington bar and the bar of this court. Bruce K. Medeiros's contact information is as follows:

Page 2
Application for Non-Resident Attorney to Participate in a Particular Case Pro Hac Vice
Rabo\Pleadings.sa

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

16-00898-FPC11    Doc 26    Filed 03/31/16    Entered 03/31/16 14:09:36    Pg 2 of 3

Bruce K. Medeiros
Davidson Backman Medeiros PLLC
1550 Bank of America Financial Center
601 West Riverside Avenue
Spokane, Washington 99201
Telephone: (509) 624-4600
Facsimile: (509) 623-1660
E-mail: bmedeiros@dbm-law.net

7. The required filing fee of $200.00 has been paid or is tendered herewith pursuant to Local Bankruptcy Rule 9010-1.

DATED this 31st day of March 2016.

DAVIDSON BACKMAN MEDEIROS PLLC

_____
Bruce K. Medeiros, WSBA No. 16380
Attorney for Rabo AgriFinance, Inc.

RAY QUINNEY & NEBEKER, P.C.

_____
Michael R. Johnson, Utah Bar No. 7070
Proposed Attorney for Rabo AgriFinance, Inc.

Page 3
Application for Non-Resident Attorney to Participate in a Particular Case Pro Hac Vice
Rabo\Pleadings.sa

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

16-00898-FPC11    Doc 26    Filed 03/31/16    Entered 03/31/16 14:09:36    Pg 3 of 3