So Ordered.

Dated: March 31st, 2016



Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In re … | |
|---|---|
| **COLUMBIA MANUFACTURING, INC., dba COLUMBIA ONION,** | Case No. **16-00898**<br>Chapter **11** |
| Debtor. | **ORDER FOR NON-RESIDENT ATTORNEY TO PARTICIPATE IN A PARTICULAR CASE PRO HAC VICE** |

Upon consideration of the Application seeking admission pro hac vice of Michael R. Johnson to represent Rabo AgriFinance, Inc. before the United States Bankruptcy Court for the Eastern District of Washington, as is more fully set forth in the Application; and the Court being fully advised in the premises, and the Court finding that good cause exists to grant the Application and that the Application complies with Local Bankruptcy Rule 9010-1 and Local Rule 83.2 of the District Court, and the Court being otherwise fully advised, NOW THEREFORE;

IT IS HEREBY ORDERED that Michael R. Johnson is permitted to appear pro hac vice as primary counsel for Rabo AgriFinance, Inc. in the above-captioned Chapter 11 case.

Page 1
Order for Non-Resident Attorney to Participate Pro Hac Vice
Rabo\Pleadings

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

/// END OF ORDER ///

Presented by:

DAVIDSON BACKMAN MEDEIROS PLLC

 /s/ Bruce K. Medeiros
Bruce K. Medeiros, WSBA No. 16380
Attorney for Rabo AgriFinance, Inc.

Page 2
Order for Non-Resident Attorney to Participate Pro Hac Vice
Rabo\Pleadings.sq

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

16-00898-FPC11    Doc 30    Filed 04/01/16    Entered 04/01/16 13:32:05    Pg 2 of 2